IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 05-50097 |
| | ) | CHAPTER 7 |
| TERRY D. SPIVEY | ) | JUDGE SHEA-STONUM |
| SHELLEY F. SPIVEY | ) | |
| | ) | |
| | ) | TRUSTEE'S MOTION TO |
| | ) | REOPEN CASE |
| DEBTORS | ) | |

    Now comes Kathryn A. Belfance, the duly appointed Trustee of the above named Debtor's estate, and moves the Court for an order allowing her to reopen the within case.

    The Trustee states that there has come into her possession a certain asset, namely a claim in a wrongful discharge matter, which is to be administered by her for the benefit of creditors of the within case.

    WHEREFORE, Trustee prays that the Court order that the No-Asset Report heretofore filed by the Trustee be vacated, that the within case be re-opened for her administration and that the required filing fee be taxed as costs.

    Respectfully submitted

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
Registration No. 0018035
Trustee
One Cascade Plaza, 15th Floor
Akron, Ohio 44308
(330) 434-3000

# CERTIFICATE OF SERVICE

       I hereby certify that on this 26th day of September 2008, a copy of the foregoing Trustee's Motion To Reopen Case was served as follows:

Served electronically:

**Offices of the U.S. Trustee**
**Warner Mendenhall, Esq.**, Attorney for Debtor

Served Via Regular US Mail:

**Terry D. and Shelley F. Spivey,** Debtor, 2273 7th Street SW, Akron, OH 44314

                                                /s/ KATHRYN A. BELFANCE
                                                KATHRYN A. BELFANCE
                                                Registration No. 0018035
                                                Trustee
                                                One Cascade Plaza, 15th Floor
                                                Akron, Ohio 44308
                                                (330) 434-3000