Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 05–50097–mss**

**In re: (Name of Debtor)**

Terry D Spivey
2273 7th St SW
Akron, OH 44314

Shelley F Spivey
2273 7th St SW
Akron, OH 44314

**Social Security No.:**

xxx–xx–2929

xxx–xx–1203

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

Last date to file claims: **January 5, 2009**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A proof of claim form is included with this notice. It may be filed by regular mail. If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self–addressed envelope. There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** October 3, 2008
Form ohnb177
Proof of Claim Included

For the Court
Kenneth J. Hirz, Clerk