# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-50097 MSS | | Trustee: | (520210) KATHRYN A. BELFANCE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SPIVEY, TERRY D | | Filed (f) or Converted (c): | 01/08/05 (f) |
| | SPIVEY, SHELLEY F | | §341(a) Meeting Date: | 02/22/05 |
| Period Ending: | 10/03/08 | | Claims Bar Date: | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2970 WINGATE AVE | 86,980.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSIT | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 850.00 | 0.00 | DA | 0.00 | FA |
| 5 | CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | FIREARMS | 230.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1995 FORD WINDSTAR | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | TAX REFUNDS (u) | Unknown | 1.00 | DA | 0.00 | FA |
| 9 | WRONGFUL TERMINATION SUIT (u) | Unknown | 1.00 | DA | 0.00 | FA |
| 10 | PROCEEDS FROM DEBTOR'S FATHER'S ESTATE | Unknown | 1.00 | | 0.00 | 1.00 |
| 10 Assets | Totals (Excluding unknown values) | $90,560.00 | $3.00 | | $0.00 | $1.00 |

**Major Activities Affecting Case Closing:**

Printed: 10/03/2008 12:03 PM    V.10.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-50097 MSS
**Case Name:** SPIVEY, TERRY D
SPIVEY, SHELLEY F
**Period Ending:** 10/03/08

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE
**Filed (f) or Converted (c):** 01/08/05 (f)
**§341(a) Meeting Date:** 02/22/05
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2006       **Current Projected Date Of Final Report (TFR):** June 30, 2007

Printed: 10/03/2008 12:03 PM    V.10.54

05-50097-mss    Doc 45    FILED 10/03/08    ENTERED 10/03/08 13:12:38    Page 2 of 2