**IT IS SO ORDERED.**

**Dated: 09:57 AM October 09 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | CASE NO. 05-50097 |
| ) | |
| TERRY D. SPIVEY ) | |
| SHELLEY F. SPIVEY ) | |
| ) | JUDGE SHEA-STONUM |
| ) | |
| ) | CHAPTER 7 |
| ) | |
| DEBTOR ) | |

### AGREED ORDER FOR TURNOVER OF FUNDS

This matter came before the Court upon the Trustee's Motion for Turnover of Funds, requesting that Debtors, Terry & Shelley Spivey, turnover to the Trustee the sum of $27,264.54, which represents the remaining non-exempt portion of proceeds received by Debtors by way of inheritance.

Trustee and Debtors hereby agree as follows:

1. Debtors shall turnover to Trustee the total sum of $50,250.00, of which $42,300.27 has been previously turned over to Trustee.

2. Debtors shall turnover remaining balance of $7,949.73 by making monthly payments to the Trustee in the amount of $325.00, beginning November 1, 2009, and continuing on the 1st of each month thereafter, until the balance has been paid in full.

3. Debtors shall also apply their entire 2009 income tax refund towards the balance remaining on this agreed entry.

4. In the event the total sum of $50,250.00 has not been turned over prior to October 31, 2010, Debtors shall pay any remaining balance to Trustee by no later than November 1, 2010.

**IT IS SO ORDERED.**

### 

**APPROVED & SUBMITTED BY:**

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Attorney for Trustee*
One Cascade Plaza, Suite 1500
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com


**APPROVED BY:**

/s/ WARNER MENDENHALL
**WARNER MENDENHALL**
190 N Union St , #201
Akron, OH 44304
(330) 535-9160 telephone
(330)762-9743 fax
warnermendenhall@hotmail.com

## CERTIFICATE OF SERVICE

<u>Served electronically:</u>

**Office of the U.S. Trustee**
**Warner Mendenhall**, Debtors' Counsel
**Kathryn A. Belfance**, Attorney for the Trustee

<u>Served via regular U.S. Mail:</u>

**Terry D. and Shelley F. Spivey,** Debtors, 2273 7th St., SW, Akron, OH 44314