IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: ) CASE NO. 05-50097
) JUDGE SHEA-STONUM
TERRY D. SPIVEY ) CHAPTER 7
SHELLEY F. SPIVEY )
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

TRIAD FINANCIAL                                   $13,648.31
C/O TRIAD FINANCIAL CORPORATION
7711 CENTER AVENUE #100
HUNTINGTON BEACH, CA 92647

BACHTEL & ASSOC.                                  $23.17
P.O. BOX 187
TALLMADGE, OH 44278

                                                  13,671.48

2. Trustee's check for $13,671.48, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: June 8, 2010

KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

ck # 10111
receipt # 81534